IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RICHARD W. BURCIK and SUSAN A. BURCIK<br><br>v.<br><br>THE PROGRESSIVE CORPORATION and ASI PREFERRED INSURANCE CORPORATION | CIVIL ACTION<br><br>NO. 21-2643 |
|---|---|

## ORDER RE: PLAINTIFFS' MOTION TO REMAND AND DEFENDANTS' MOTION TO DISMISS OR TRANSFER

**AND NOW**, this 8th day of October, 2021, after careful consideration of Plaintiffs Richard W. Burick and Susan A. Burcik's Motion to Remand (ECF 15) and Defendants The Progressive Corporation and ASI Preferred Insurance Corporation's Response (ECF 17), it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED**.

Furthermore, after careful consideration of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint or, in the Alternative, to Transfer Action (ECF 16) and Plaintiffs' Response (ECF 18), it is hereby **ORDERED** that Defendants' Motion is **GRANTED** with regard to transferring the action. The action will be transferred to the Middle District of Florida.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 21\21-2643 Burcik v. Progressive\21cv2643 Order re Remand and Transfer.docx